**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RACHEL CRAFTON, as Administratrix of
the Estate of CASEY CRAFTON, deceased,

      *Plaintiff*,

    v.

AMERICAN AIRLINES, INC., *et al.*,

      *Defendants*.

Case No. 1:25-cv-3382 (ACR)

### CASE MANAGEMENT AND SCHEDULING ORDER

As discussed at the October 14, 2025, case management conference (CMC), the following case management and scheduling orders apply pending the finalization of the Rule 26(f) report.

**Consolidation.**  At the CMC, the parties agreed to consolidate *Crafton v. American Airlines* (25-cv-3382) and *Cully v. American Airlines* (25-cv-3437) under Federal Rule of Civil Procedure 42(a).  The Court therefore DIRECTS the Clerk of Court to consolidate these actions.  All parties shall ensure that future filings occur only in the lead case (25-cv-3382).

**Recusal Motion.**  At the CMC, the Court *sua sponte* raised whether recusal was appropriate and concluded that it was not.  Any party wishing to file a recusal motion must do so by October 17, 2025.  If the Court requires a response to such a motion, it will call for one.  The parties shall otherwise state in their Rule 26(f) report that they do not object to this case and related actions proceeding before the Court.

**Master Filings.**  Plaintiffs shall file a consolidated master complaint by October 28, 2025.  Thereafter, the Court shall enter another consolidation order with respect to additional

plaintiffs who file related cases.  Such plaintiffs shall file short complaints referencing the master complaint and adding any plaintiff-specific information.

If Plaintiffs seek to join additional defendants, they must do so in the consolidated master complaint.

The Court shall calculate each Defendant's deadline to respond to the master complaint from the date of service of the original complaint in *Crafton v. American Airlines* (25-cv-3382) upon each Defendant.  As to additional defendants that Plaintiffs might join, those defendants' deadlines shall correspond to the date of service of the master complaint upon those additional defendants.  Each Defendant, if any, that remains in the case following a motion to dismiss shall file a master answer.

The Court waives the pre-motion conference requirement in its Standing Order § 7(f) for each Defendant.  For each motion to dismiss, if any, Plaintiffs shall have 30 days to oppose, and the Defendant shall have 14 days thereafter to reply.  The Court directs the parties to contact the Courtroom Deputy to schedule a motions hearing to be held within one week of the deadline for filing the reply.  The Court will not extend these deadlines.

**Response from the United States.**  Defendant the United States shall state by October 17, 2025, whether it assents to Plaintiffs' request to deny upon receipt Standard Form 95 requests regarding this matter.

**Plaintiffs' Steering Committee and Joint Discovery Committee.**  As discussed at the CMC, the Court has ordered Plaintiffs to propose a Plaintiffs' Steering Committee and all parties to propose a Joint Discovery Committee.  The parties shall file a joint status report identifying the proposed members of both committees by October 20, 2025.  Once the Court approves the final committee members, the members cannot be changed absent Court approval.

**Discovery.**  Defendants that are parties in the NTSB proceeding shall produce to Plaintiffs all the documents they respectively produced to the NTSB by October 28, 2025.  The Court shall not extend this deadline.  If any Defendant requires a protective order to make its production, the parties shall jointly draft and propose such an order to the Court by October 27, 2025, at 12 p.m.  The Court expects the parties to resolve all disputes regarding the language of the protective order without its involvement.

**Rule 26(f) Report.**  No later than November 11, 2025, at 12 p.m., the parties shall submit to the Court the report that Federal Rule of Civil Procedure 26(f) requires.  In addition to the requirements of that Rule, the parties must submit with the report: (1) a complete proposed pre-trial schedule, which includes the dates the Court identified at the CMC; (2) a proposed protective order, if one is not already in place; and (3) a joint electronic discovery protocol, which shall include, *inter alia*, agreed custodians and search terms.  The Court will not move this deadline.

**Status Conference.**  The parties shall appear for a status conference concerning discovery on November 12, 2025, at 11:30 a.m.  All Joint Discovery Committee members must be present.  Other counsel are welcome, but not required, to appear.  The Court will open the public line for the conference.

**Trial.**  Trial will commence on April 12, 2027.  ***That date will not move***, per the Court's Standing Order § 4 and as discussed at the CMC.

Dated:  October 14, 2025

ANA C. REYES
United States District Court Judge

3